428 A.2d 667

Commonwealth v. Baylor, Appellant.

Submitted September 13, 1976.  Robert W. Lees, for appellant; Stephen H. Goldblatt, Assistant District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

Judgment of sentence affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.